IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OSCAR ARREOLA, | ) | CIVIL NO. 2:08-00805 JMS |
| | ) | |
| | ) | ORDER GRANTING APPLICATION FOR |
| Plaintiff, | ) | LEAVE TO PROCEED *IN FORMA* |
| | ) | *PAUPERIS* AND DIRECTING |
| vs. | ) | COLLECTION OF FILING FEE |
| | ) | |
| G. DUDLEY and CDC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER GRANTING APPLICATION FOR LEAVE TO PROCEED**
***IN FORMA PAUPERIS* AND DIRECTING COLLECTION OF FILING FEE**

Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C § 1983 and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, Plaintiff's request to proceed *in forma pauperis* is **GRANTED**. Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). When, as here, Plaintiff has insufficient funds available in his prison trust account, the court does not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated, however, to make monthly payments of twenty percent of the preceding month's income credited to Plaintiff's prison trust account. These payments shall be collected and forwarded by the appropriate agency to the Clerk of Court each time the amount in

Plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

The court is required to screen complaints brought by prisoners seeking relief against a government entity or officer or employee of a government entity. 28 U.S.C. § 1915A(a). The court has not yet screened the Complaint to determine whether it sufficiently states a claim and shall proceed in the normal course. After screening, if the court determines that Plaintiff's Complaint states a claim, the court will issue a written Order and will then instruct the Clerk of Court to send Plaintiff the documents necessary to effect service.

## CONCLUSION

1. Plaintiff's request for leave to proceed *in forma pauperis* is GRANTED.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. **FRED FIGUEROA, WARDEN NORTH FORK CORRECTIONAL FACILITY, or his designee, shall collect from Plaintiff's prison account** monthly payments in an amount equal to twenty percent of the preceding month's income credited to Plaintiff's prison account and shall forward those payments to the Clerk of Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2) until a total of $350.00 has been collected and forwarded to the Clerk of Court.

THE PAYMENTS SHALL BE CLEARLY IDENTIFIED BY THE NAME AND NUMBER ASSIGNED TO THIS ACTION.

3. The Clerk of Court is DIRECTED to serve a copy of this Order on Plaintiff and on **FRED FIGUEROA, WARDEN NORTH FORK CORRECTIONAL FACILITY, 1605 EAST MAIN, SAYRE, OK 73662**.

4. The court has not yet screened the Complaint to determine whether it sufficiently states a claim and shall proceed in the normal course. After screening, if the court determines that Plaintiff's Complaint states a claim, the court will issue a written Order and will then instruct the Clerk of Court to send Plaintiff the documents necessary to effect service.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 7, 2009.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Arreola v. G. Dudley et al.*, Civ. No. 2:08-00805 JMS, Order Granting Application for Leave to Proceed *In Forma Pauperis* and Directing Collection of Filing Fee