THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR ARREOLA, | ) CIVIL NO. 2:08-00805 JMS |
| | ) |
| Plaintiff, | ) ORDER IN RESPONSE TO |
| | ) PLAINTIFF'S MOTION FOR AN |
| vs. | ) ORDER REQUIRING WARDEN |
| | ) BOBBY PHILLIPS TO GIVE |
| G. DUDLEY et al., | ) PLAINTIFF ACCESS TO THE LAW |
| | ) LIBRARY |
| Defendants. | ) |
| | ) |
| | ) |
| _____ | ) |

### ORDER IN RESPONSE TO PLAINTIFF'S MOTION FOR AN ORDER REQUIRING WARDEN BOBBY PHILLIPS TO GIVE PLAINTIFF ACCESS TO THE LAW LIBRARY

On September 16, 2010, pro se prisoner Plaintiff Oscar Arreola ("Plaintiff") filed a motion requesting an order requiring Warden Bobby Phillips to give Plaintiff access to the law library. Plaintiff asserts that he has been given no access to the law library and therefore cannot comply with the court's August 13, 2010 Amended Rule 16 Scheduling Order.

The court confirms that this action is in the midst of motions practice -- the deadline for filing motions for summary judgment was September 17, 2010, and Defendants filed a Motion for Summary Judgment on this date. Plaintiff's Opposition is due October 22, 2010. The court therefore requests that the prison in

which Plaintiff is currently housed, *i.e.*, the Tallahatchie Correctional Facility, 415 U.S. Highway 49 North, Tutwiler, Mississippi 38963, provide Plaintiff access to the library for the purpose of responding to Defendants' Motion for Summary Judgment.

        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii, September 17, 2010.



        /s/ J. Michael Seabright
        J. Michael Seabright
        United States District Judge

*Arreola v. Dudley et al.*, Civ. No. 2:08-00805 JMS, Order in Response to Plaintiff's Motion for an Order Requiring Warden Bobby Phillips to Give Plaintiff Access to the Law Library